IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC LEE ERICKSON,

    Plaintiff,

v.                                                Case No. 4:19cv58-MW/CAS

STATE ATTORNEY, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on April 25, 2019.**

                                                    s/ MARK E. WALKER
                                                    **Chief United States District Judge**